September 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL E. C. DONALD, Appellant

NO. 14-16-00232-CR        V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order this decision certified below for observance.